IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TIM SMITH,                   Case No. 1:22-cv-00232 SPB

    Plaintiff,

vs.

INFINITY INSURANCE COMPANY

    Defendant

**RULE 41 DISMISSAL**

Plaintiff hereby gives notice of the dismissal of all claims against the Defendant, with prejudice to the refiling thereof, pursuant to Civil Rule 41.

    Respectfully submitted,

    EDGAR SNYDER & ASSOCIATES, LLC

    By: /s/ Christopher T. Hildebrandt
        Christopher T. Hildebrandt, Esquire
        Pa. I.D. No. 82002

        Christine Zaremski-Young, Esquire
        Pa. I.D. No. 200219

        Firm No.
        Edgar Snyder & Associates, LLC
        600 Grant Street, 10th Floor
        Pittsburgh, PA 15219
        Attorneys for Plaintiff

It is so ordered, September 30, 2022.

*Susan Paradise Baxter*
United States District Judge